UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN ELLIOTT MACAULEY,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

Case No. 2:13-CV-01405-JLR

**ORDER DISMISSING THE CASE**

The Court has considered the record, and the Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) The Commissioner's final decision is **AFFIRMED** and the case is **DISMISSED** with prejudice.

(3) The Clerk shall provide a copy of this Order to the parties.

DATED this 26th day of June, 2014.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING THE CASE - 1